PETE NIGRO v. SENSATION MAGAZINE, INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JAMES B. MARTIN and Others v. THE CITY OF NEW YORK, Impleaded with DIMARCO & REIMANN, INC., and Others. — Motion for reargument from judgment entered February 21, 1941, and for a stay pending said reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

NATHAN FRIED v. R. J. REYNOLDS TOBACCO COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

CELIA KATZENBERG, as Administratrix, etc., of ABRAHAM S. KATZENBERG, Deceased, and Another v. IDA H. GRAY and Another. BELLA LIFSCHITZ and Another v. IDA H. GRAY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILBERT GORDON v. HARRY T. ASHWORTH, Acting Warden of the Penitentiary of the City of New York, Riker's Island, New York. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 201.] Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of HENRY GRANTHAM BACON against GEORGE J. GILLESPIE and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAX SCHECHTER v. JACK DEITCH and STANDARD WINE & LIQUOR, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MAX SCHECHTER v. JACK DEITCH and STANDARD WINE & LIQUOR, INC.— Motion for an order staying execution of the judgments entered herein pending the determination by this court of the motion by said defendant for leave to appeal to the Court of Appeals from the order of this court entered herein on May 29, 1942, and from the judgment entered thereon, or for a reargument of the appeal herein, granted. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THEODORE R. RACOOSIN, as Assignee for the Benefit of Creditors of EDWARD M. POONS CO. OF KOBE, INC., v. HENRY M. HUBSHMAN and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ALICE HUGHES v. FABERGE, INC.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs, with leave to the defendant to answer the complaint herein within five days after service of order, on payment